# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    JOHN HYND<br>        Debtor(s)<br>    LAKEVIEW LOAN SERVICING, LLC<br>        Movant<br>    v.<br>    JOHN HYND<br>        Debtor(s)<br>    DIANNE HUDSON<br>        Co-Debtor<br>    KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 25-13911-pmm |

**MOTION FOR *IN REM* RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY WITH RESPECT TO PROPERTY: 25 INLAND ROAD, LEVITTOWN, PA 19057**

Lakeview Loan Servicing, LLC, through its Counsel, Stern & Eisenberg PC, respectfully requests the Court grant its Motion for *In Rem* Relief under 11 U.S.C. §362(d)(4) and §1301 and in support thereof respectfully represents as follows:

1. Movant is Lakeview Loan Servicing, LLC (hereafter referred to as "Movant").

2. Debtor(s), John Hynd (hereinafter, "Debtor(s)"), is/are, upon information and belief, adult individual(s) whose last-known address is 25 Inland Road, Levittown, PA 19057.

3. On August 28, 2015, John M Hynd, executed and delivered a Note in the principal sum of $248,907.00 to Centennial Lending Group, LLC. A copy of the Note is attached as Exhibit "A" and is hereby incorporated by reference.

4. As security for the repayment of the Note, John M Hynd and Dianne Hudson, executed and delivered a Mortgage to Mortgage Electronic Registration Systems, Inc. as nominee for Centennial Lending Group, LLC. The Mortgage was duly recorded in the Office of the Recorder of Deeds in and for Bucks County on September 3, 2015 as Instrument 2015054358. A copy of the Mortgage is attached as Exhibit "B" and is hereby incorporated by reference.

5. The Mortgage encumbers Debtor's real property located at 25 Inland Road, Levittown, PA 19057 (the "***Property***").

6. By assignment of mortgage, the loan was ultimately assigned to Lakeview Loan Servicing, LLC. A true and correct copy of the assignment is attached as Exhibit "C" and is hereby incorporated by reference.

7. Movant filed a Complaint in Mortgage Foreclosure as to the Property on March 31, 2022. A true and correct copy of the Mortgage Foreclosure action docket, Bucks County Court of Common

    Pleas case 2022-01515 is attached hereto as Exhibit D and is incorporated by reference.

8. Movant filed a Praecipe to Enter Judgment in favor of Lakeview Loan Servicing, LLC on May 31, 2022, and Movant filed a Praecipe for Writ of Execution on September 28, 2022. *See* Ex. C.

9. On November 22, 2022, non-filing co-debtor, Diann Hudson was served with a Notice of Sale pursuant to Pa. R.C.P. 402(a). *See* Ex. D.

10. The Notice of Sale set a sheriff's sale date of March 10, 2023, however, the sale could not be completed as Debtor filed a voluntary petition under Chapter 13 of Title 11 of the Bankruptcy Code on January 12, 2023 at case 23-10081.

11. Debtor's Chapter 13 Petition was a bare-bones filing that omitted several documents required by Fed. R. Bankr.P.1007 including a Chapter 13 Plan, Schedules AB-J, a Statement of Financial Affairs, a Summary of Assets and Liabilities, Means Test, and a Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period. *See* 23-10081 at Doc. 5.

12. Debtor did not timely remit monthly payments to the Trustee or Movant as the Trustee filed a Motion to Dismiss Case for Failure to Make Plan Payments on April 26, 2023 and Movant filed a Motion for Relief from Stay on May 3, 2023. *See* 23-10081 Doc. 23 and 26.

13. On July 7, 2023, while Debtor's bankruptcy remained pending, the Bucks County Court of Common Pleas adjourned the sheriff's sale to September 8, 2023, and it would ultimately be adjourned again to December 8, 2023. *See* Ex. D.

14. The Trustee's Motion to Dismiss Case for Failure to Make Plan Payments was granted on July 11, 2023. *See* 23-10081 Doc. 35.

15. The December 8, 2023 sheriff's sale was not held as Debtor filed a second voluntary petition under Chapter 13 of Title 11 of the Bankruptcy Code on the eve of sale, December 7, 2023 at case 23-13709.

16. Debtor's second Chapter 13 Petition was similarly a barebones filing that lacked a Chapter 13 Plan, Schedules AB-J, Statement of Financial Affairs, a Summary of Assets and Liabilities, Means Test, and a Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period. *See* 23-13709 at Doc 16.

17. Again, the Trustee promptly filed a Motion to Dismiss Case for Failure to Make Plan Payments on April 3, 2024 which was ultimately granted on May 22, 2024. *See* 23-13709 at Doc 27.

18. Following dismissal, Movant re-listed the Property for sheriff's sale and same was scheduled for October 11, 2024. *See* Ex. D.

19. On October 10, 2024, however, Debtor filed their third voluntary petition under Chapter 13 of Title 11 of the Bankruptcy Code again on the eve of sale. *See* 24-13620 at Doc. 1.

20. This filing was similarly a barebones filing that lacked a Chapter 13 Plan, Schedules AB-J, Statement of Financial Affairs, a Summary of Assets and Liabilities, Means Test, and a Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period. *See* 24-

13620 at Doc 1.

21. The Trustee promptly filed a Motion to Dismiss Case for Failure to Make Plan Payments on December 18, 2024 which was ultimately granted on January 23, 2025. *See* 24-13620 at Doc 27.

22. Movant was able to expose the Property to sheriff's sale on February 14, 2025 where it was sold to Movant for cost.

23. Debtor does not maintain a legal or equitable interest in the Property sufficient to adequately protect Movant in the instant bankruptcy action as they are not the record owner of the Property.

24. On June 2, 2025, Movant filed a Complaint in Real Property Ejectment. A true and correct copy of the Bucks County Court of Common Pleas docket for case 2025-03984 is attached here to as Exhibit E and incorporated herein.

25. On July 28, 2025 Movant filed a Praecipe to Enter Default Judgment in its favor and against Debtor for possession of the Property. *See* Ex. E.

26. On August 29, 2025, non-filing, co-debtor Dianne Hudson was personally serviced with notice pursuant to Pa. R.C.P. 402(a) that an eviction date had been set for September 29, 2025 at 11:00AM. *See* Ex. E.

27. The eviction, however, could not proceed as scheduled because Debtor filed the instant bankruptcy action on September 26, 2025.

28. It is believed and therefore averred that Debtor(s) filed the instant bankruptcy as part of a scheme to delay and hinder Movant from proceeding with the scheduled eviction.

29. Debtor's scheme is evidenced by their multiple bankruptcy filings on the eve of sheriff's sale or eviction and their inability or refusal to make timely plan payments to the Chapter 13 Trustee. *McKeesport Area School Dist. V. City of Pittsburgh Prop. Deb., Inc.*, 580 B.R. 130, 134 (Bankr. W.D.Pa. 2018).

30. In addition, Movant has incurred counsel fees and costs in association with Debtor's default and this motion.

31. As a result of the Debtor's default and failure to make payments or to otherwise adequately provide for Movant in the bankruptcy filing, Movant is not adequately protected and is entitled to relief.

32. To the extent the Court does not find that relief is appropriate, then Movant requests that the stay be conditioned such that in the event the Debtor(s) fall(s) behind on post-petition payments or trustee payments that Movant may receive relief upon default by the Debtor(s) of the terms of the conditional order.

33. Movant requests that the stay of Bankruptcy Rule 4001(a)(3) be waived.

      WHEREFORE, Movant, Lakeview Loan Servicing, LLC, respectfully requests this Court to grant the appropriate relief under 11 U.S.C. §362(d)(4) and §1301, or in the alternative confirm that the automatic stay does not apply to Movant under 11 U.S.C. §362(d)(1) as Debtor does not hold a legal or equitable interest in the Property as set forth in the proposed order together with waiver of Bankruptcy Rule 4001(a)(3).

Respectfully Submitted:

Stern & Eisenberg, PC

*By: /s/ Daniel P. Jones*
Daniel P. Jones
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
Bar Number: 321876
Email: djones@sterneisenberg.com

Date: October 28, 2025